George F. Martin, Esq., SBN: 051111
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93301
661-322-305 - Telephone
661-322-4628 - Fax

**FILED**

2005 AUG -4  A 11: 39

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
      DEPUTY

LODGED

AUG 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fresh Pork, LLC, <br><br> Plaintiff(s) <br><br> v. <br><br> Mayomeat de Occidente, S. De RL de CV, <br><br> Defendant(s) | CASE NUMBER: <br> CIV-F-03-6178 REC DLB <br><br> **SUBSTITUTION OF ATTORNEY** |

Fresh Pork, LLC   [X] Plaintiff  [ ] Defendant  [ ] Other _____
   *Name of Party*

hereby substitutes  Stephen M. Dake of Dake & Braun Law Offices   who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   1801 18th Street
                                                                 *Street Address*

Bakersfield, California 93301    661-322-0991    661-322-0650    89289
   *City, State, Zip Code*         *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Borton, Petrini & Conron, LLP
                                                   *Present Attorney*

Dated: August 1, 2005

_____
*Signature of Party*
Stephen M. Dake for Fresh Pork, LLC

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: August 1, 2005

_____
*Signature of Present Attorney*
George F. Martin

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: August 1, 2005

_____
*Signature of New Attorney*
Stephen M. Dake

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated: May 3, 05

_____
United States District Judge / Magistrate Judge

---

**NOTICE TO COUNSEL:**   If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

---

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                            G01