UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRESH PORK, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | 1:03-CV-6178 OWW DLB (NEW DJ) |
| | ) | |
| v. | ) | |
| | ) | |
| MAYOMEAT DE OCCIDENT, et al., | ) | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

The parties having advised the Court in 2004 that this matter had been resolved and having failed to submit a stipulated dismissal as requested;

THIS MATTER IS ORDERED DISMISSED WITHOUT PREJUDICE. IT IS SO ORDERED.

**Dated:   July 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

1